# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KRISTI GUIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. CIV-18-26-C |
| v. | ) |
| | ) |
| WILBERT FUNERAL SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kristi Guin and Defendant Wilbert Funeral Services, Inc., by and through their respective counsel, stipulate to the dismissal of this action with prejudice. Each party shall bear its own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| s/ Joshua Stockton | s/ Kunal Shah |
| Joshua Stockton, OBA # 21833 | Robert A. Bragalone, OBA # 31398 |
| Laura Talbert, OBA # 32670 | Kunal U. Shah (*pro hac vice*) |
| Jaklyn Garrett, OBA # 31556 | TX Bar: 24104253 |
| **STOCKTON TALBERT, PLLC** | **GORDON & REES** |
| 1127 NW 14th Street | 101 Park Avenue, Suite 1300 |
| Oklahoma City, Oklahoma 73106 | Oklahoma City, OK 73102 |
| Phone: (405) 225.1200 | 405.445.6280 Phone |
| jstockton@stocktontalbert.com | bbragalone@grsm.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
| **Kristi Guin** | **Wilbert Funeral Services, Inc.** |

## **CERTIFICATE OF SERVICE**

  I certify that on May 23, 2019, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

               s/ Joshua Stockton
               Joshua Stockton